**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 10, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00392-CV

### JAY COHEN, Appellant

### V.

### TOURS PARTNERS, LTD. AND PRESTON REALTY CORPORATION, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-41051**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 28, 2015. The clerk's record was filed June 10, 2015. No reporter's record was taken. Appellant's brief was due October 15, 2015. No brief was filed.

On October 29, 2015, appellee filed a motion to dismiss for want of prosecution. *See* Tex. App. P. 42.3(b). Appellant filed no response. Accordingly,

appellee's motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.